# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2119
_____

THOMAS MILLER,

  Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

  Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


September 13, 2019


PER CURIAM.

  The petition for writ of certiorari is denied on the merits.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas Miller, pro se, Petitioner.

Rana Wallace, General Counsel, and Thomas A. Klein, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.